UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

     Plaintiff,

v.

MARSHALL LEE HARRIS,

     Defendant.

_____/

Case No. 1:19-cr-273

HON. JANET T. NEFF


## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on February 10, 2020 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge (ECF No. 29) is approved and adopted as the opinion of the Court.

2.     Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Indictment.

3.     The written plea agreement is hereby continued under advisement pending sentencing.


Dated:  February 25, 2020

            __/s/ Janet T. Neff_____
            JANET T. NEFF
            United States District Judge